UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00305-SI |
| v. | INFORMATION |
| JEREMY HUMMEL, | 18 U.S.C. § 1361 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Depredation of Government Property (Less than $1,000))**
**(18 U.S.C. § 1361)**

On or about July 4, 2025, in the District of Oregon, defendant **JEREMY HUMMEL**, willfully and by means of spray-painting, did commit a depredation against property of the United States and of any department or agency thereof, specifically the U.S. Immigration and Customs Enforcement office building, on the exterior of the facility near the key card reader, and the resulting damage was less than $1,000; in violation of Title 18, United States Code, Section 1361.

Dated: August 4th, 2025.                Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Cassady A. Adams*
CASSADY ADAMS, CO Bar # 48807
Assistant United States Attorney