**JOHN ROBB**, OSB. No. 104910
john@salirobb.com
Sali Robb LLC
1000 SW Broadway, Suite 2150
Portland, OR 972015
Telephone: (971) 407-3372
Facsimile: (503) 765-5377

Attorney for Defendant Jeremy Hummel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>JEREMY HUMMEL,<br><br>                    Defendant. | 3:25-cr-305-SI<br><br>WAIVER OF SPEEDY TRIAL |

Defendant Jeremy Hummel, through his attorney John Robb, hereby waives his right to speedy trial pursuant to 18 U.S.C. § 3161, *et. seq.* and consents to the scheduling of the plea and sentencing on November 18, 2025.

Respectfully submitted October 8, 2025

        By:      <u>s/John Robb</u>
                          JOHN ROBB, OSB No. 104910
                          Attorney for Defendant Jeremy Hummel